IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

Ms. Charles Canter
S/T/B: Amber Maree Canter①
#426177 / *2979873
14100 McMullen Hwy SW
Cumberland Md 21502
          Plaintiff

                                        FILED _____ ENTERED
                                        ___ LOGGED ___ RECEIVED

                                        APR 03 2017

                                        AT BALTIMORE
                                        CLERK, U.S. DISTRICT COURT
                                        DISTRICT OF MARYLAND
                                        BY _____ DEPUTY

                              CIVIL ACTION NO. _____
                              _____

          V.                  JURY TRIAL DEMAND
DPSCS secretary of Corrections
Stephen T. Moyer;
DR. Ashraff Mamboob, NBCI
Medical Doctor; CRNP Krista-
Bilak; MR. Bruce Liller-MS -
LCPC Mental health Director at
NBCI; DR. Harry Murphy, DPSCS
Regional Mental Health Director;
Ms. Laren Bitzel, NBCI LCPC;
Assestant Warden Jeffery Nines;
at NBCI; Dr. Robustiano-
Barrera Regional Medical
Director; Dr. Randall Nero-
Director of DPSCS Mental Health;
Dr. Sharon Baucom, DPSCS Med.
Director. 6776 Reisterstown Rd
Baltimore Maryland 21215
ll — ll ————,, DEFENDANTS /# — ll — ll —— an~

F/N
① Plaintiffs Canters name will be changing New Balto City circuit
court legally To Amber Maree Canter within next 90 days *AD1700dqu

## 28 U.S.C. CIVIL RIGHTS ACTION'S
### JURISDICTION & VENUE

This Civil Rights Action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The Court has Jurisdiction under 28 U.S.C. 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's Claims for injunctive relief are authorized by 28 U.S.C. section 2283 and 2284 and Rule 65 of the Federal Rules of civil Procedure.

The Maryland United States District Court, is the appropriate venue under 28 U.S.C. section 1391 (b)(2) because it is where the events giving rise to this Claim occurred.

### I. PLAINTIFF

Plaintiff, Ms. Charles Robert Canter / soon to be changed to Amber Maree Canter, is and was at All times mentioned herein a prisoner of the state of Maryland in the Custody of the Maryland Department of Public Safety and Correctional Services. She is Currently being housed at Northbranch Correctional facility located at 14100 - McMullen Hwy - Cumberland Maryland 21502.

## II. DEFENDANT'S

Defendant, Mr. Stephen T. Moyer, is the secretary of Dpscs of Maryland. He is legally responsible for the overall opperations of the Department of Public Safety and Correctional Services and each institution under his Jurisdiction in Maryland, including Northbranch Correctional facility (NBCI), where Plaintiff is Confined;

Defendant, Dr. Randall S. Nero, Is the Director of Mental Health Department of Dpscs of Maryland, He is legally responsible for the overall Mental Health opperations of the Department of Public Safety and Correctional services and each institution under his Jurisdiction in Maryland, including Northbranch Correctional facility (NBCI), where Plaintiff is Confined;

Defendant, Dr. Sharon Baulcom, is the Director of Wexford Medical services of Dpscs of Maryland She is legally responsible for the overall Medical services and its opperations of the Department of Public safety and Correctional Services and its Contracts with each institution under her Jurisdiction in Maryland, including Northbrand Correctional facility (NBCI), where Plaintiff is Confined;

Defendant, Dr. Harry Murphy, is the western Region Mental Health Director of Dpscs Maryland He is legally responsible for the overall opperation of Mental Health services for the Institutions in the western regions of Maryland with each Institutions under his joristiction including Northbranch Correctional Facility (NBCI) where Plaintiff is confined;

Defendant, Dr. Robustiano Barrera, is the western Region Medical Director of DPSCS of Maryland He is legally responsible for the overall opperations of the Medical Departments for Northbranch Correctional Inst; and Western Correctional Institution with them Institutions in his jurisdiction where Plaintiff is housed;

Defendant, Dr. Ashraf Mamboob, is the Northbranch Correctional Institution main Medical Provider. He is legally responsible for the treatment and Clinical services for all Inmates that are housed at Northbranch Correctional Institution. Northbranch is the Sole jurisdiction of this defendant where the plaintiff is confined;

Defendant, Mrs Krista Bilak, Certification No. FO914151, is the Northbranch Correctional

Institution's Nurse Practitioner, her responsibility and legal Responsibility is to assist the provider with providing Medical Services and the treatment of all Inmates that are Confined within her jurisdiction at Northbranch correctional facility (NBCI) where plaintiff is Confined;

Defendant, Mr Bruce Liller, is the Northbranch Correctional Institutions Mental Health program Director, He Masters in science LCPC, his responsibility and legal obligation is the overall opperations of the psycology Department and its Services at Northbranch Correctional facility (NBCI), where plaintiff is Confined;

Defendant, Mrs Lauren Bitcel, is the Northbranch Correctional Institutions Mental Health Counselor for the (SMU) Housing Unit one, She is a LCPC, her responsibility and legal obligation is to provide Mental Health Services to Inmates at Northbranch Correctional Institutions lock up Housing Unit, Where Plaintiff is Confined;

Defendant, Jeffery Niwes, is the Assistant warden of Northbranch Correctional facility (NBCI), He is legally Responsible

for the opperation's of programs and services
of Northbranch Correctional Institution, and
for the safety and welfare of all Inmates
who are housed at his Institution.

        Each of the Above Defendant's is
sued indiuidually and In his or her
official Capasity. At all times mentioned
In this Complaint each defendant acted
Under the Color of State law.


## III. STATEMENT OF FACTS

Since 2013 Plaintiff Ms. Canter has been
diagnosed with Gender Identity Disorder which
is Known now as Gender Dysphoria "(GD)",
Plaintiff she has been incarcerated since
2013, April, prior to incarceration Plaintiff was
living her daily life As a female out on
the Streets and was receiving her hormonal
and testostrone deuertant therapy on whats
called the Black Market by a licenced
Medical provider she was receiving the
following Medications; 1). Premarin 25 mg  —
Injection's one time per week; 2). Premarin-
Tablets 1.25 mgs s po Tig; 3). Delesgin  —
40mg /1½ cc's one time per week; and
4). spironolactome  50 mg tablet one time per

day which is a testostrone devertant. then
When I got incarcerated I was taken off
of All my medications and not gotten them
From Defendants since Iv been incarcerated
IV been Forced to by Delisin tabs illegally
frew Carrup correctional and Medical staff
Defendants tell Me that per the DPSCS-
"FREEZE FRAME POLICY" and "Blanket Ban"
Both which are unconstitutional I am
being frozen at where I was at When
I got locked up.

So since Plaintiff has been in
carcerated she has Attempted to Kill her
self over (18) times unsecssful due to the
fact plaintiff is unable to contenue her
Quest to transform to A female or live
her life As A female plaintiff has been
denied Gender Reinsingment Surgury and
any oter Hormonal treatment to this
date Plaintiff is only Receiving a
(45) minute Counseling session one time
per Month. and is receving no form
of treatment to treat or Manage her
Gender Dysphoria issue

Since May 10th 2016, Plaintiff
has been housed at Northbranch-
Correctional Institution and has contenued
her Quest at receiving treatment
For her gender dysphoria issue and

defendant Bruce Liller refuses to give plaintiff the Diagnoses of Gender dysphoria so Medical Can treat or send the plaintiff to A Provider at an off-site Doctors office who has the Qualifications to treat Male Born Individuals who feel they are females and who are trying to transform to A sex Change to female. IV exspressed to Defendant liller, and Bietzel of My Desire not wanting to live any longer because of seeing a penis and A Look of a Male in the Mirror. and that I Am constently Depressed over these issues and they tell Me that I Am not A individual that Quilifys to be "gender dysphoria" I dont Meet the critoria. and when I ask what that critoria is they refuse to tell Me. Since IV been Under Defendants Liller, Bietzel and Murphys Care IV attempted to Kill My self (3) Times of hanging and IV been on (2) Starvation Diets and I attempted Self-Castration in December 2016 which was Unsecsessfull Just caused long term Injury and pain to the testicles on My Body. IV reached out to the

Mental Health Directors who are Defendant Nero and Murphy about these issues and I Am told that they will support what ever course of action that Liller and Beitzel Decied, so I requested of Dr. Muphy on several occassions in Dec, 2016 Jan 2017 to be sent to someone who can properly evaluate me and make a recomendation for the best course of treatment and I am Denied I keep being told that I Am not a Canadate for a Gender dysphoria Diagnosis so when I make requests to obtain all Mental Health Records out of My mental Health file and the electronic patient Health Record Def. Bruce liller Denies me access to those files I've been exspressing My Desire to be a female to Defendant liller since (2009) and he has Made it clear to me on several occassions that I will not get his help or approval for and Cross-Gender treatment. Defendant Lauren Beitzel, Harry Murphy, Bruce liller are delibratly refusing to treat My apparent Need for some form of gender Dysphoria treatment Counseling is not working

and its causing life threatning side effe-
cts.

On April 30th 2015, Plaintiff was
sent to western Region Medical Center
by Defendant Barrera to have a
Mamogram and Ultra Sound on Breast
Because of unknown Masses al Lumps
It was determined by Doctor James-
Benjamin that the Lumps al leackage
was caused by Estrogin withdraw
from being taken off of My Estrogin
hormonal pills, so since that date
Iv been Making request to go back
on My hormone therapy and Iv been
denied by all defendants except Stephen Moyer
because of the defendants deliberate actions
My prolactin Level has went to dangerous
levels up to (30.91 NG/ML) the prolactin
level is to be between (3.7 - 17.9 NG/ML)
when Iv Made defendants aware of the
fix to this prolactin level Im Shot down
Defendants are abandoning My treatment
which could Result in My Death.

Since at NBCI Iv attempted to receive
treatment for My gynecomastia but Defendant
Bilak and Momboob keep telling Me that
they are not allowed to treat Me for My
Gynecomastia because psycology Mental
Health director Defendant Bruce liller tell

them that Im not diagnosed Gender dysphoria
so he will not Approve for the treatment.
Since Plaintiff has been at Northbranch the
Plaintiff has made several Attempts to receive
some type of treatment for her Gender-
Dysphoria Issue's and she is Denied for
example here is a timeline for the last
8 Months or so.

- 8-24-16, Plaintiff went to siccall
  about Gender dysphoria treatment and
  was Denied by Defendant Bilak;

- 9-2-16, Plaintiff Met with Defendant
  Murphy about being evaluated for
  Gender dysphoria al An Arp on
  Defendant Tiller al to this date
  hss not been seen by the Gender
  Dysphoria team;

- on 9/13/16; 9/22/16; 10/12/16; 10/20/16;
  12/25/16; 1/31/17; 2/7/17; 2/15/17; —
  2/28/17; 3/11/17; about receiving
  treatment ie., Hormone thourpy al
  receive treatment for my gynecom-
  astia; My attempt a self castration;
  otor Medical Issues; al receiving A
  castration Iv been denied treatment
  which resulted in Plaintiff going

Into A suicide Watch on
1/5/17. and Defendant Beitzel
put A False note in EPHR to
Cover up For Defendant Liller.

- on 9/15/16; 10/5/16; 11/3/16;
10/22/16; 1/10/17; 1/23/17; 2/3/17;
2/9/17; 3/15/17, had sickcall
Interviews with Wexford Nurses
about sickcalls of Me trying to
Seek treatment to 1. Lower My
Prolactin level; 2. Get Hormone
treatment; 3. Get Castrated by
a ductor; 4. See A specalist
Who is Qualified to Make A
Gender dysphoria Diagnoses al
recomment treatment.

- on 10-13-16 - I was sent to
Western Correctional Institution
to get a Chest X-Ray on My
Breast to Rull out other Injurys
otor ten Gynacamestia;

- on 10/13/16; 10/29/16; 1-5-17;
1/13/17; 2/2/17; Plaintiff Met
With Mrs Beitzel this Defender
nt Has fabricated EPHR Documents
When I come into her office

About exspressing my Desire to Die because I wake up and see A Man inbetween my legs about my concern about Defendants Abandoning my Serious Issue. of To need of trestment to treat my Gender Dysphria Issue.

- On 1/9/17, I met with Defendant Murphy about recesivng a diagnosis of Gender Dysphoria So that Medical Can treat Plantiff for Lou Severe Medical Need of Hormone thearspy or even Gender Reasingnment Surjury

Plantiff has sent letters and Cups for help to Defendant Bavlcom the Medical Director for Dpscs and she states as followed. "Patient has been seen by Multiple Mental Health providers none of whom has offerd a diagnosis of Gender dysphoria. Accor ding to Doc policy. one qualifying factor for gender dysphoria. According to Doc Policys, one qualifying factor for Hormoneal therapy is that hormonal therapy prior to incarcer- ation must be established. This primarily Involves those persons Currently under trestment

for gender dysphoria in the community who
become incarcerated weve continuinity of care
becomes important. I am not aware of the
term "gender specialist" to which you refer
in your letter. while persons with gender
dysphoria present unique issues, any
mental health provider licensed in the
state of Maryland may consider the
diagnosis of gender dysphoria. The
staff of the medical department arrang-
es the appropriate medical consults when
appropriate.

    MR Canter receives ongoing physician
and Nursing intervention for his condition
by requesting to be seen via sick call
request.

    This letter was sent to congress may
Elijah Cummings. On 10-31-2016.

The fact on the matter of this letter is
they are cutting a unconstitutional policy
called "freeze frame" policy which freezes
a inmate at where they were upon getting
locked up # receiving hormonal therapy
frew insurance they will give you hormone
therapy in prison if you were receiving
Hormonal therapy frew "Black Mercet"
providers you will not get them in
prison. I was diagnosed while at the

Maryland General Hospital Inpatrent Phycology Unit with Gender Identity Disorder (GID) which is now called Gender dysphoria.

Ms Defendant Buncom stated that Plantiff wss seen by psycology and she dont meet the requirements to be diagnosed with Gender dysphoria well whats that? Plantiff Dresses As A female All times, Wears make up, is in the process of changing her name from Charles Canter to Ms Amber Maree Canter trew Baltimore City Cuvcuit Court; hes been living As A female since 5 yrs old Mother hes ventfied that on severel ocessions with Defendant Beitzel. Plantiff refers to her self As Ms. Canter At All times Basetheical Medical file will prove that. What move does plantiff have to do to get trestment shes depress- ed on daily Basis over being tripped in to wrong Body.

Defendant Stephen Moyer hes to this date to intervene on any requests from Plantiff or Cungressional figures as does Defendant Nines they have a legal responsiblity to insure that all policyes and procedures alonb with the laws are fellowed at all institutions

and when DAGlet is Made aware they are
to insure that an investigation is conducted
into the alleged steps Defendant Jeffery
Mnnes is the overseer of Medical, Mental
Health Departments have of unAthrocam
Church built institution.

Plaintiff has give Medical, Mental —
Health, Departments Answers to get
Records from Maryland General Hospital
in Beltimore, Belvedere assistent living;
Social Security Administration, Dr. Cailin
offers office in Landover, Shephard Pratt?
Arther's Place Camp home; People Encourage-
people independent Living - Sini Hospital
Jhon Hopkins Hospital; Baithmore Crisis
Response Unit and they fail to Get the
records to prove that I been diagnosed
Over to prison with gender Identity
Disorder, Plus I'm in granded Photographs
of me as I'm in the Community as a
Female.

The fact of the Matter is Plaintiff
Need xtretment to xrey her gender
dysphoric Issue is being Neglected by
Defendant. There are people in this would
who dont know they are gender Dysphoric
until they are 60-70 yrs old, Defendants
one to reset right away once in there
would always that I feel feel Depressed

because Im Born a Male when Inside I feel and relate to a female, once they are made aware of plaintiffs desire to die because shes being Fored to be a Male When shes a Female., when it was made aware to Defendant Beitzel, and Liller and Murphy that plaintiff has attempted to Cut her testicles off with A rubber band and Mental Health states there is nuton wrong with plaintiff. Mental Health Defendants do not want to give plaintiff the Diagnoses because they feel that there gining plaintiff what she wants and out of feer of it Causing A dominno effect As Defendant Ciller has stated on Several occessions. also they stated MS. Beitzel " Mr. liller told me not to give u any diagnosis of Gender dysphoria because of the fect that I keep being a nusence to his Department and to NBCI Administration I want something but write up Guirevances on tour For everything." You Medical Defendant refuse me treatment Claiming per Mental Health Director Bive liller "Refer All Gender Related issue with Canter to Psycology Department" that was told to me by Defendant Krista Bilek and Defendant Mambooh on several occessions

See EPHR notes Plaintiff Attached All Evidence
that she could possible Plaintiff is Denied
Mental Health Records from MR liller
al Defendant Beitzel so unable to provde
all to EPHR notes to prove what Im talking
about how Defendant Beltzel Fabricates
EPHR notes.

Plaintiff is in dire need of some type
of treatment Hormonal therapy, Castration,
and Gender Reinsimbment Surguy Plaintiff
is being Neglected by Defendents they
are Deliberate Indiffrence to Plaintiffs
Serious Medical need. al It needs to
be addressed before plaintiff is Sucsessful
at Sueside or Death by Malfunction of
preforaing her own Castration Surguy.

## IV. EXHAUSTION OF LEGAL REMEDYS

Plaintiff Ms Charles Canter, used the
prisoner Grievance procedure available
at Northbranch Correctional Institution
to try and solve the problem also along
with Congressmen Elisha E. Cummings.
On. November 11, 2016. Filed grievance to
warden of NBCI plaintiff Canter presented
the facts relating to this Complent on
on July / 2016 received A response or ARP
NBCI 227-16 , Plaintiff Canter she was sent a

response stating that the Grievance has been
denied on the date of July 12/2016 she
filed An appeal she appealed to Denial to
the Commissioner then to to IGO which
was Also denied see Attached Exhibits

## V. LEGAL CLAIM'S

Plaintiff MS. Carter, Reallege and incorporate
by reference paragraphs 1-50.

The deliberate indifference to Medical
Needs, unsafe living conditions, Sexual orientation
descrimination. violated Plaintiff Ms. Charles
Carters rights Constituted Cruel and unusual
punishment, a doe process violation's under
the Eighth and Fourteenth Amendment to
the United States Constitution

Plaintiff Ms. Carter, has no plain, ad-
equate or Complete remedy at law to
redress the wrongs described here in.
Plaintiff has been and will Continue to
be irreparably injured by the Conduct
of the defendants unless this Court
grants the declaratory and injunctive
relief which plaintiff seeks.

## VI. Prayer for Relief

WHEREFORE, plaintiff Ms. Carter, respectfully prays that this court enter judgement granting plaintiff:

1. A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States;

2. A preliminary and permanent injunction ordering defendants Moyer; Mamboob; Bilak; Ziller; Morphy; Beitzel; Nines; Barrera; Nero; Baulcom to provide me the evaluation by a provider qualified to determine a complex diagnosis of Gender Dysphoria, and give me to treatment recommended by that off site specalist; have me evaluated to be castrated and allow me to have Gender reinsinment surgery and stop addressing me As Mr. Carter and stop implementing the unconstitutional freeze frame policy treat the issue at HAND place me back on hormones so my Hair on Body and face will lighten up or slow Growth, al lower my protectin level to a teraputic level and allow my Breast to grow right as to come

To a Agreement to Draft and approve a policy that will help detect, treat and house Inmates with Gender dysphoria in to Maryland DPSCS.

3. Compensatory damages in the amount of $475,600⁰⁰ against each Defendant, jointly, and severally.

4. Punitive damages in the Amount of $200,000⁰⁰ against each defendant.

5. A JURY TRIAL on All Issues triable by Jury.

6. Plaintiffs Costs in this suit,

7. Any Additional relief this court Deems Just. proper and equitable,

8. Department of Justice to Evaluate DPSCS Freeze frame policy to Determine is it unconstitutional.

Respectfully submitted

~~Mrs Charles Center~~

DATE: 3-21-2017
        Date

Mrs Charles Center
426177 / 2979873

14100 McMullen Hwy SW
Cumberland MD 21502
Plaintiff pause

## Verification

I have Read to foregoing complaint and hereby Verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I Certify under penalty of perjury that the foregoing is true and correct.

Executed in cumberland Maryland 21502, on 3-21-2017

Ms Charles Center
Plaintiff pause