**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| AMBER MAREE CANTER | * | |
| *(f/k/a Charles Canter),* | | |
| | * | |
| Plaintiff, | * | Civil No. GJH-17-908 |
| v. | * | |
| J. MICHAEL ZEIGLER, *et al.* | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendants, Acting Secretary J. Michael Zeigler, Dr. Harry Murphy, Assistant Warden Jeffrey Nines, Dr. Randall Nero, Dr. Sharon Baucom, Dr. Mahboob Ashraf, Mental Health Professional Counselor – Advanced Bruce Liller, and Psychology Associate Lauren Beitzel, Assistant Warden Jeff Nines, Warden Richard Graham, Acting Warden Ronald Weber, Nurse Brenda Reese, Case Manager Bittinger, Correctional Officer Faust, Correctional Officer Thompson and Correctional Officer Barnes (collectively "Defendants"), by their attorneys, Brian E. Frosh, Attorney General of Maryland, and Damon A. Pace, Assistant Attorney General, hereby file this Answer to Plaintiff's Second Amended Complaint (ECF No. 71).

**Preliminary Statement**

Because of the nature of the allegations in the Second Amended Complaint and the fact that no discovery has been conducted to date in this matter, in order to preserve important legal rights and protections, Defendants set forth below certain affirmative defenses which, based upon the information set forth in the Second Amended Complaint, they believe do or may apply to some or all of the claims

raised therein.  As permitted by Rule 8(d) of the Federal Rules of Civil Procedure, defenses to the claims made in the Second Amended Complaint are being asserted alternatively and, in some instances, hypothetically.  As a result, Defendants reserve the right to withdraw or modify some or all of the affirmative defenses set forth below, in whole or in part, depending upon the nature of the discovery in this matter.  Defendants also reserve the right to file additional crossclaims, counterclaims, or third-party complaints if the evidence warrants the filing of such claims.

1. Defendants Regarding Paragraph 1, Defendants admit that Plaintiff was incarcerated at the North Branch Correctional Institution (hereinafter "NCBI") and Western Correctional Institution (hereinafter "WCI").  Defendants deny the remainder of the allegations of Paragraph 1.

2. Defendants admit that Plaintiff has gender dysphoria.  Defendants deny the remainder of the allegations in Paragraph 2.

3. Defendants are not required to answer the allegations in Paragraph 3; to the extent that they are required, the Defendants have insufficient information to admit or deny.

4. Defendants are not required to answer the allegations in Paragraph 4; to the extent that they are required, the Defendants have insufficient information to admit or deny.

5. Defendants are not required to answer the allegations in Paragraph 5 because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

6. Defendants are not required to answer the allegations in Paragraph 6 because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

7. Defendants are not required to answer the allegations in Paragraph 7 because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

8. Defendants admit as to the cited language from the DPSCS Medical Evaluations Manual in Paragraph 8. Defendants deny the remainder of the allegations.

9. Defendants admit as to the cited language from the DPSCS Medical Evaluations Manual in Paragraph 9. Defendants deny the remainder of the allegations.

10. Defendants are not required to answer the allegations in Paragraph 10 because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

11. Defendants are not required to answer the allegations in Paragraph 11 because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

12. Defendants are not required to answer the allegations in Paragraph 12 because they are legal conclusions requiring no answer.

13. Defendants are not required to answer the allegations in Paragraph 13 because they are legal conclusions requiring no answer.

### Jurisdiction and Venue

14. Defendants are not required to answer the allegations in Paragraph 14 under the heading "Jurisdiction and Venue" because they are legal conclusions requiring no answer.

15. Defendants are not required to answer the allegations in Paragraph 15 under the heading "Jurisdiction and Venue" because they are legal conclusions requiring no answer.

16. Defendants are not required to answer the allegations in Paragraph 16 under the heading "Jurisdiction and Venue" because they are legal conclusions requiring no answer.

17. Defendants are not required to answer the allegations in Paragraph 17 under the heading "Jurisdiction and Venue" because they are legal conclusions requiring no answer.

**Parties**

18. With respect to Paragraph 18, Defendants admit.

19. With respect to Paragraph 19, Defendants admit that Defendant Zeigler is an employee of DPCS. Defendants deny the remainder of the allegations of Paragraph 19.

20. With respect to Paragraph 20, Defendants admit that Defendant Nero was an employee of DPCS. Defendants deny the remainder of the allegations of Paragraph 20.

21. With respect to Paragraph 21, Defendants admit that Defendant Baucom is an employee of DPCS. Defendants deny the remainder of the allegations of Paragraph 21.

22. With respect to Paragraph 22, Defendants admit that Defendant Murphy is an employee of DPCS. Defendants deny the remainder of the allegations of Paragraph 22.

23. With respect to Paragraph 23, Defendants admit that Defendant Ashraf is an employee of DPCS. Defendants deny the remainder of the allegations of Paragraph 23.

24. With respect to Paragraph 24, Defendants admit that Defendant Liller is an employee of DPCS. Defendants deny the remainder of the allegations of Paragraph 24.

25. With respect to Paragraph 25, Defendants admit that Defendant Beitzel is an employee of DPCS. Defendants deny the remainder of the allegations of Paragraph 25.

26. With respect to Paragraph 26, Defendants admit that Defendant Nines was an employee of DPCS. Defendants deny the remainder of the allegations of Paragraph 26.

27. With respect to Paragraph 27, Defendants admit that Defendant Graham is an employee of DPCS. Defendants deny the remainder of the allegations of Paragraph 27.

28. With respect to Paragraph 28, Defendants admit that Defendant Weber is an employee of DPCS. Defendants deny the remainder of the allegations of Paragraph 28.

29. With respect to Paragraph 29, Defendants admit that Defendant Reese is an employee of DPCS. Defendants deny the remainder of the allegations of Paragraph 29.

30. With respect to Paragraph 30, Defendants admit that Defendant Bittinger is an employee of DPCS. Defendants deny the remainder of the allegations of Paragraph 30.

31. With respect to Paragraph 31, Defendants admit that Defendant Faust is an employee of DPCS. Defendants deny the remainder of the allegations of Paragraph 31.

32. With respect to Paragraph 32, Defendants admit that Defendant Thompson is an employee of DPCS. Defendants deny the remainder of the allegations of Paragraph 32.

33. With respect to Paragraph 33, Defendants admit that Defendant Barnes is an employee of DPCS. Defendants deny the remainder of the allegations of Paragraph 33.

34. With respect to Paragraph 34, Defendants admit that Defendant Forney is an employee of DPCS. Defendants deny the remainder of the allegations of Paragraph 34.

**Facts**

35. Defendants are not required to answer the allegations in Paragraph 35 under the heading "Facts" because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

36. Defendants are not required to answer the allegations in Paragraph 36; to the extent that they are required, the Defendants have insufficient information to admit or deny.

37. Defendants are not required to answer the allegations in Paragraph 37; to the extent that they are required, the Defendants have insufficient information to admit or deny.

38. Defendants are not required to answer the allegations in Paragraph 38; to the extent that they are required, the Defendants have insufficient information to admit or deny.

39. Defendants are not required to answer the allegations in Paragraph 39; to the extent that they are required, the Defendants have insufficient information to admit or deny.

40. Defendants are not required to answer the allegations in Paragraph 40; to the extent that they are required, the Defendants have insufficient information to admit or deny.

41. Defendants are not required to answer the allegations in Paragraph 41; to the extent that they are required, the Defendants have insufficient information to admit or deny.

42. Defendants are not required to answer the allegations in Paragraph 42; to the extent that they are required, the Defendants have insufficient information to admit or deny.

43. Defendants are not required to answer the allegations in Paragraph 43 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

44. Defendants are not required to answer the allegations in Paragraph 44; to the extent that they are required, the Defendants have insufficient information to admit or deny.

45. Defendants are not required to answer the allegations in Paragraph 45; to the extent that they are required, the Defendants have insufficient information to admit or deny.

46. Defendants are not required to answer the allegations in Paragraph 46; to the extent that they are required, the Defendants have insufficient information to admit or deny.

47. Defendants are not required to answer the allegations in Paragraph 47; to the extent that they are required, the Defendants have insufficient information to admit or deny.

48. Defendants are not required to answer the allegations in Paragraph 48; to the extent that they are required, the Defendants have insufficient information to admit or deny.

49. Defendants are not required to answer the allegations in Paragraph 49; to the extent that they are required, the Defendants have insufficient information to admit or deny.

50. Defendants are not required to answer the allegations in Paragraph 50; to the extent that they are required, the Defendants have insufficient information to admit or deny.

51. Defendants are not required to answer the allegations in Paragraph 51; to the extent that they are required, the Defendants have insufficient information to admit or deny.

52. Defendants are not required to answer the allegations in Paragraph 52; to the extent that they are required, the Defendants have insufficient information to admit or deny.

53. Defendants are not required to answer the allegations in Paragraph 53; to the extent that they are required, the Defendants have insufficient information to admit or deny.

54. Defendants are not required to answer the allegations in Paragraph 54 to the extent that they are required, the Defendants have insufficient information to admit or deny.

55. Defendants are not required to answer the allegations in Paragraph 55; to the extent that they are required, the Defendants have insufficient information to admit or deny.

56. Defendants are not required to answer the allegations in Paragraph 56; to the extent that they are required, the Defendants have insufficient information to admit or deny.

57. Defendants admit as to the statement in Paragraph 57.

58. Defendants admit as to the statement in Paragraph 58.

59. .Defendants admit as to the statement in Paragraph 59.

60. Defendants admit as to the statement in Paragraph 60.

61. Defendants admit as to the statement in Paragraph 61.

62. Defendants admit as to the statement in Paragraph 62.

63. Defendants admit as to the statement in Paragraph 63.

64. Defendants admit as to the statement in Paragraph 64.

65. Defendants are not required to answer the allegations in Paragraph 65 because they are legal conclusions requiring no answer.

66. Defendants are not required to answer the allegations in Paragraph 66 because they are legal conclusions requiring no answer.

67. Defendants are not required to answer the allegations in Paragraph 67 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

68. Defendants are not required to answer the allegations in Paragraph 68 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

69. Defendants are not required to answer the allegations in Paragraph 69 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

70. Defendants are not required to answer the allegations in Paragraph 70 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

71. Defendants admit as to the statement in Paragraph 71.  .

72. Defendants are not required to answer the allegations in Paragraph 72 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

73. Defendants are not required to answer the allegations in Paragraph 73; to the extent that they are required, the Defendants have insufficient information to admit or deny.

74. Defendants are not required to answer the allegations in Paragraph 74; to the extent that they are required, the Defendants have insufficient information to admit or deny.

75. Defendants are not required to answer the allegations in Paragraph 75 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

76. Defendants are not required to answer the allegations in Paragraph 76, to the extent that they are required, the Defendants deny the allegations.

77. Defendants are not required to answer the allegations in Paragraph 77 because they are legal conclusions; to the extent that they are required, the Defendants deny the Plaintiff's allegations.

78. Defendants are not required to answer the allegations in Paragraph 78 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

79. Defendants are not required to answer the allegations in Paragraph 79 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

80. Defendants are not required to answer the allegations in Paragraph 80 because they are legal conclusions; to the extent that they are required, the Defendants deny Plaintiff's allegations.

81. Defendants are not required to answer the allegations in Paragraph 81 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

82. Defendants are not required to answer the allegations in Paragraph 82 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

83. Defendants are not required to answer the allegations in Paragraph 83 because they are legal conclusions; to the extent that they are required, the Defendants deny the Plaintiff's allegations.

84. Defendants are not required to answer the allegations in Paragraph 84 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

85. Defendants are not required to answer the allegations in Paragraph 85; to the extent that they are required, the Defendants have insufficient information to admit or deny.

86. Defendants are not required to answer the allegations in Paragraph 86; to the extent that they are required, the Defendants have insufficient information to admit or deny.

87. Defendants admit as to the existence of the document cited to by the Plaintiff in Paragraph 87.

88. Defendants admit as to the existence of the document cited to by the Plaintiff in Paragraph 88.

89. Defendants admit as to the existence of the document cited to by the Plaintiff in Paragraph 89.

90. Defendants are not required to answer the allegations in Paragraph 90 because they are legal conclusions; to the extent that they are required, the Defendants deny the Plaintiff's allegations.

91. Defendants are not required to answer the allegations in Paragraph 91; to the extent that they are required, the Defendants have insufficient information to admit or deny.

92. Defendants admit as to the existence of the document cited to by the Plaintiff in Paragraph 92.

93. Defendants are not required to answer the allegations in Paragraph 93; to the extent that they are required, the Defendants have insufficient information to admit or deny.

94. Defendants are not required to answer the allegations in Paragraph 94; to the extent that they are required, the Defendants have insufficient information to admit or deny.

95. Defendants are not required to answer the allegations in Paragraph 95; to the extent that they are required, the Defendants have insufficient information to admit or deny.

96. Defendants are not required to answer the allegations in Paragraph 96; to the extent that they are required, the Defendants have insufficient information to admit or deny.

97. Defendants are not required to answer the allegations in Paragraph 97; to the extent that they are required, the Defendants have insufficient information to admit or deny.

98. Defendants admit as to the existence of the document cited to by the Plaintiff in Paragraph 98.

99. Defendants are not required to answer the allegations in Paragraph 99; to the extent that they are required, the Defendants have insufficient information to admit or deny.

100.    Defendants are not required to answer the allegations in Paragraph 100 because they are legal conclusions; to the extent that they are required, the Defendants deny the Plaintiffs allegations.

101.    Defendants are not required to answer the allegations in Paragraph 101; to the extent that they are required, the Defendants have insufficient information to admit or deny.

102.    Defendants are not required to answer the allegations in Paragraph 102; to the extent that they are required, the Defendants have insufficient information to admit or deny.

103.    Defendants are not required to answer the allegations in Paragraph 103; to the extent that they are required, the Defendants have insufficient information to admit or deny.

104.    Defendants are not required to answer the allegations in Paragraph 104; to the extent that they are required, the Defendants have insufficient information to admit or deny.

105.    Defendants are not required to answer the allegations in Paragraph 105; to the extent that they are required, the Defendants have insufficient information to admit or deny.

106.    Defendants are not required to answer the allegations in Paragraph 106; to the extent that they are required, the Defendants have insufficient information to admit or deny.

107.    Defendants are not required to answer the allegations in Paragraph 107; to the extent that they are required, the Defendants have insufficient information to admit or deny.

108.    Defendants are not required to answer the allegations in Paragraph 108; to the extent that they are required, the Defendants have insufficient information to admit or deny.

109.    Defendants are not required to answer the allegations in Paragraph 109; to the extent that they are required, the Defendants have insufficient information to admit or deny.

110.    Defendants are not required to answer the allegations in Paragraph 110; to the extent that they are required, the Defendants have insufficient information to admit or deny.

111.    Defendants are not required to answer the allegations in Paragraph 111; to the extent that they are required, the Defendants have insufficient information to admit or deny.

112.    Defendants admit as to the existence of the document cited to by the Plaintiff in Paragraph 112.

113.    Defendants admit as to the existence of the document cited to by the Plaintiff in Paragraph 113.

114.    Defendants are not required to answer the allegations in Paragraph 114 because they are legal conclusions; to the extent that they are required, the Defendants deny the Plaintiff's allegations.

115.    Defendants are not required to answer the allegations in Paragraph 115; to the extent that they are required, the Defendants have insufficient information to admit or deny.

116.    Defendants are not required to answer the allegations in Paragraph 116 because they are legal conclusions; to the extent that they are required, the Defendants deny the Plaintiff's allegations.

117.    Defendants are not required to answer the allegations in Paragraph 117  because they are legal conclusions requiring no answer.

118.    Defendants are not required to answer the allegations in Paragraph 118 because they are legal conclusion; to the extent that they are required, the Defendants have insufficient information to admit or deny.

119.    Defendants admit as to the statement in Paragraph 119.

120.    Defendants admit as to the statement in Paragraph 120.

121.    Defendants admit as to the statement in Paragraph 121.

122.    Defendants are not required to answer the allegations in Paragraph 122; to the extent that they are required, the Defendants have insufficient information to admit or deny.  .

123.    Defendants are not required to answer the allegations in Paragraph 123; to the extent that they are required, the Defendants have insufficient information to admit or deny.

124.    Defendants are not required to answer the allegations in Paragraph 124 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

125.    Defendants admit as to the statement in Paragraph 125.

126.    Defendants admit as to the statement in Paragraph 126.

127.    Defendants admit that the WCI is located in Cumberland, Maryland.

128.    Defendants are not required to answer the allegations in Paragraph 128 because they are legal conclusions; to the extent that they are required, the Defendants deny the Plaintiff's allegations.

129.    Defendants are not required to answer the allegations in Paragraph 129 because they are legal conclusions; to the extent that they are required, the Defendants deny the Plaintiff's allegations.

130.    Defendants are not required to answer the allegations in Paragraph 130  because they are legal conclusions; to the extent that they are required, the Defendants deny the Plaintiff's allegations.

131.    Defendants are not required to answer the allegations in Paragraph 131; to the extent that they are required, the Defendants have insufficient information to admit or deny.

132.    Defendants are not required to answer the allegations in Paragraph 132  because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

133.    Defendants are not required to answer the allegations in Paragraph 133 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

134.    Defendants are not required to answer the allegations in Paragraph 134 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

135.    Defendants are not required to answer the allegations in Paragraph 135 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

136.    Defendants are not required to answer the allegations in Paragraph 136; to the extent that they are required, the Defendants have insufficient information to admit or deny.

137.    Defendants are not required to answer the allegations in Paragraph 137 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

138.    Defendants are not required to answer the allegations in Paragraph 138 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

139.    Defendants are not required to answer the allegations in Paragraph 139; because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

140.    Defendants are not required to answer the allegations in Paragraph 140 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

141.    Defendants are not required to answer the allegations in Paragraph 141 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

142.    Defendants are not required to answer the allegations in Paragraph 142 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

143.    Defendants are not required to answer the allegations in Paragraph 143 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

144.    Defendants are not required to answer the allegations in Paragraph 144 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

145.    Defendants are not required to answer the allegations in Paragraph 145; because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

146.    Defendants are not required to answer the allegations in Paragraph 146 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

147.    Defendants admit as to the statement in Paragraph 147.

148.    Defendants are not required to answer the allegations in Paragraph 148; to the extent that an answer is required, the Defendants deny the allegations.

149.    Defendants are not required to answer the allegations in Paragraph 149 because they are legal conclusions; to the extent that they are required, the Defendants deny the Plaintiff's allegations.

150.    Defendants are not required to answer the allegations in Paragraph 150 because they are legal conclusions; to the extent that they are required, the Defendants deny the Plaintiff's allegations.

151.    Defendants are not required to answer the allegations in Paragraph 151; to the extent that they are required, the Defendants have insufficient information to admit or deny.

152.    Defendants are not required to answer the allegations in Paragraph 152; to the extent that they are required, the Defendants have insufficient information to admit or deny.

153.    Defendants are not required to answer the allegations in Paragraph 153; to the extent that they are required, the Defendants have insufficient information to admit or deny.

154.    Defendants are not required to answer the allegations in Paragraph 154 because they are legal conclusions; to the extent that they are required, the Defendants deny Plaintiff's allegations.

155.    Defendants are not required to answer the allegations in Paragraph 155 because they are legal conclusions; to the extent that they are required, the Defendants deny Plaintiff's allegations.

156.    Defendants are not required to answer the allegations in Paragraph 156 because they are legal conclusions; to the extent that they are required, the Defendants deny the Plaintiff's allegations.

157.    Defendants are not required to answer the allegations in Paragraph 157; to the extent that they are required, the Defendants have insufficient information to admit or deny.

158.    Defendants are not required to answer the allegations in Paragraph 158 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

159.    Defendants are not required to answer the allegations in Paragraph 159 because they are legal conclusions; to the extent that they are required, the Defendants have insufficient information to admit or deny.

160.    Defendants are not required to answer the allegations in Paragraph 160; to the extent that they are required, the Defendants have insufficient information to admit or deny.

161.    Defendants are not required to answer the allegations in Paragraph 161; to the extent that they are required, the Defendants have insufficient information to admit or deny.

162.    Defendants are not required to answer the allegations in Paragraph 162; to the extent that they are required, the Defendants have insufficient information to admit or deny.

163.    Defendants are not required to answer the allegations in Paragraph 163 because they are legal conclusions; to the extent that they are required, the Defendants deny the Plaintiff's allegations.

164.    Defendants are not required to answer the allegations in Paragraph 164 because they are legal conclusions; to the extent that they are required, the Defendants deny the Plaintiff's allegations.

165.    Defendants are not required to answer the allegations in Paragraph 165 because they are legal conclusions; to the extent that they are required, the Defendants deny the Plaintiff's allegations.

166.    Defendants are not required to answer the allegations in Paragraph 166 because they are legal conclusions; to the extent that they are required, the Defendants deny the Plaintiff's allegations.

167.    Defendants are not required to answer the allegations in Paragraph 167 because they are legal conclusions; to the extent that they are required, the Defendants deny the Plaintiff's allegations.

168.    Defendants are not required to answer the allegations in Paragraph 168 because they are legal conclusions; to the extent that they are required, the Defendants deny the Plaintiff's allegations.

169.    Defendants are not required to answer the allegations in Paragraph 169 because they are legal conclusions; to the extent that they are required, the Defendants deny the Plaintiff's allegations.

170.    Defendants are not required to answer the allegations in Paragraph 170 because they are legal conclusions; to the extent that they are required, the Defendants deny the Plaintiff's allegations.

171.    Defendants are not required to answer the allegations in Paragraph 171; to the extent that they are required, the Defendants have insufficient information to admit or deny.

172.    Defendants are not required to answer the allegations in Paragraph 172 because they are legal conclusions; the Defendants have insufficient information to admit or deny.  .

173.    Defendants are not required to answer the allegations in Paragraph 173; to the extent that they are required, the Defendants have insufficient information to admit or deny.

174.    Defendants are not required to answer the allegations in Paragraph 174; to the extent that they are required, the Defendants have insufficient information to admit or deny.

175.    Defendants are not required to answer the allegations in Paragraph 175; to the extent that they are required, the Defendants deny the allegations.

176.    Defendants are not required to answer the allegations in Paragraph 176; to the extent that they are required, the Defendants deny the allegations.

177.    Defendants are not required to answer the allegations in Paragraph 177; to the extent that they are required, the Defendants deny the allegations.

178.    Defendants are not required to answer the allegations in Paragraph 178; to the extent that they are required, the Defendants deny the allegations.

179.    Defendants are not required to answer the allegations in Paragraph 179; to the extent that they are required, the Defendants deny the allegations.

180.    Defendants are not required to answer the allegations in Paragraph 180; to the extent that they are required, the Defendants deny the allegations.

181.    Defendants are not required to answer the allegations in Paragraph 181 because they are legal conclusions; the Defendants deny the Plaintiff's allegations.

## CLAIMS FOR RELIEF

182.    Defendants are not required to answer the allegations in Paragraph 182 under the heading "Count One" because they are legal conclusions requiring no answer.

183.    Defendants are not required to answer the allegations in Paragraph 183 under the heading "Count One" because they are legal conclusions requiring no answer.

184.    Defendants are not required to answer the allegations in Paragraph 184 under the heading "Count One" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

185.    Defendants are not required to answer the allegations in Paragraph 185 under the heading "Count One" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

186.    Defendants are not required to answer the allegations in Paragraph 186 under the heading "Count One" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

187.    Defendants are not required to answer the allegations in Paragraph 187 under the heading "Count One" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

188.    Defendants are not required to answer the allegations in Paragraph 188 under the heading "Count One" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

189.    Defendants are not required to answer the allegations in Paragraph 189 under the heading "Count One" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

190.    Defendants are not required to answer the allegations in Paragraph 190 under the heading "Count One" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

191.    Defendants are not required to answer the allegations in Paragraph 191 under the heading "Count One" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

192.    Defendants are not required to answer the allegations in Paragraph 192 under the heading "Count Two" because they are legal conclusions requiring no answer.

193.    Defendants are not required to answer the allegations in Paragraph 193 under the heading "Count Two" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

194.    Defendants are not required to answer the allegations in Paragraph 194 under the heading "Count Two" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

195.    Defendants are not required to answer the allegations in Paragraph 195 under the heading "Count Two" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

196.    Defendants are not required to answer the allegations in Paragraph 196 under the heading "Count Three" because they are legal conclusions requiring no answer.

197.    Defendants are not required to answer the allegations in Paragraph 197 under the heading "Count Three" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

198.    Defendants are not required to answer the allegations in Paragraph 198 under the heading "Count Three" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

199.    Defendants are not required to answer the allegations in Paragraph 199 under the heading "Count Three" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

200.    Defendants are not required to answer the allegations in Paragraph 200 under the heading "Count Three" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

201.    Defendants are not required to answer the allegations in Paragraph 201 under the heading "Count Three" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

202.    Defendants are not required to answer the allegations in Paragraph 202 under the heading "Count Three" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

203.    Defendants are not required to answer the allegations in Paragraph 203 under the heading "Count Three" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

204.    Defendants are not required to answer the allegations in Paragraph 204 under the heading "Count Three" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

205.    Defendants are not required to answer the allegations in Paragraph 205 under the heading "Count Three" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

206.    Defendants are not required to answer the allegations in Paragraph 206 under the heading "Count Three" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

207.    Defendants are not required to answer the allegations in Paragraph 207 under the heading "Count Three" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

208.    Defendants are not required to answer the allegations in Paragraph 208 under the heading "Count Three" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

209.    Defendants are not required to answer the allegations in Paragraph 209 under the heading "Count Three" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

210.    Defendants are not required to answer the allegations in Paragraph 210 under the heading "Count Three" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

211.    Defendants are not required to answer the allegations in Paragraph 211 under the heading "Count Three" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

212.    Defendants are not required to answer the allegations in Paragraph 212 under the heading "Count Three" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

213.    Defendants are not required to answer the allegations in Paragraph 213 under the heading "Count Three" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

214.    Defendants are not required to answer the allegations in Paragraph 214 under the heading "Count Three" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

215.    Defendants are not required to answer the allegations in Paragraph 215 under the heading "Count Three" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

216.    Defendants are not required to answer the allegations in Paragraph 216 under the heading "Count Two" because they are legal conclusions requiring no answer.

217.    Defendants are not required to answer the allegations in Paragraph 217 under the heading "Count Four" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

218.    Defendants are not required to answer the allegations in Paragraph 218 under the heading "Count Four" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

219.    Defendants are not required to answer the allegations in Paragraph 219 under the heading "Count Four" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

220.    Defendants are not required to answer the allegations in Paragraph 220 under the heading "Count Four" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

221.    Defendants are not required to answer the allegations in Paragraph 221 under the heading "Count Four" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

222.    Defendants are not required to answer the allegations in Paragraph 222 under the heading "Count Four" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

223.    Defendants are not required to answer the allegations in Paragraph 223 under the heading "Count Four" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

224.    Defendants are not required to answer the allegations in Paragraph 224 under the heading "Count Four" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

225.    Defendants are not required to answer the allegations in Paragraph 225 under the heading "Count Four" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

226.    Defendants are not required to answer the allegations in Paragraph 227 under the heading "Count Four" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

227.    Defendants are not required to answer the allegations in Paragraph 227 under the heading "Count Four" because they are legal conclusions; to the extent that they are required, the Defendants deny the allegations.

228.     Defendants are not required to answer the allegations in Paragraph 228 under the heading "Count

Two" because they are legal conclusions requiring no answer.

229.     Defendants are not required to answer the allegations in Paragraph 229 under the heading "Count

Five" because they are legal conclusions; to the extent that they are required, the Defendants deny the

allegations.

230.     Defendants are not required to answer the allegations in Paragraph 230 under the heading "Count

Five" because they are legal conclusions; to the extent that they are required, the Defendants deny the

allegations.

231.     Defendants are not required to answer the allegations in Paragraph 231 under the heading "Count

Five" because they are legal conclusions; to the extent that they are required, the Defendants deny the

allegations.

232.     Defendants are not required to answer the allegations in Paragraph 232 under the heading "Count

Five" because they are legal conclusions; to the extent that they are required, the Defendants deny the

allegations.

233.     Defendants are not required to answer the allegations in Paragraph 233 under the heading "Count

Five" because they are legal conclusions; to the extent that they are required, the Defendants deny the

allegations.

**FIRST DEFENSE**

Defendants generally deny any liability in connection with the matters alleged in the Plaintiff's

Second Amended Complaint.

## SECOND DEFENSE

Defendants' actions were performed in a reasonable good faith belief that those actions were proper.

## THIRD DEFENSE

Defendants' actions were performed in a good faith reliance on standard operating procedures.

## FOURTH DEFENSE

Defendants have not deprived Plaintiff of any rights, either constitutional or statutory, which would entitle him to relief under 42 U.S.C. § 1983; thus, Plaintiff's Second Amended Complaint does not state a claim upon which the relief prayed can be granted.

## FIFTH DEFENSE

Each and every act and action of the individual Defendants taken with respect to the Plaintiff was one performed in good faith, in the official discharge of their duties as employees of the Maryland Division of Correction, and with a reasonable belief as to the constitutionality and legality of their actions for which they enjoy immunity from liability under State and federal law.

## SIXTH DEFENSE

Plaintiff has not complied with all administrative and procedural prerequisites to this action.

## SEVENTH DEFENSE

The claims are barred because of principles of collateral estoppel or res judicata or both.

## DEMAND FOR JURY TRIAL

Defendants demand a jury trial on all issues triable by jury.

**WHEREFORE**, Defendants pray that:

      A.  The Complaint be dismissed or that judgment be entered in favor of the Defendants;

27

B.  Defendants be awarded costs incurred; and

C.  Defendants be awarded other and further relief that the Court deems appropriate.

        Respectfully submitted,

        BRIAN E. FROSH
        ATTORNEY GENERAL OF MARYLAND

        _____/s/_____
        DAMON A. PACE
        Assistant Attorney General
        Federal Bar No. 29939
        St. Paul Plaza - 19th Floor 200 St. Paul Place
        Baltimore, Maryland  21202
        (Telephone) 410-576-6587
        (Telefax) 410-576-6880
        E-mail: dpace@oag.state.md.us
        Attorneys for Defendants

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 6th day of July 2020, a copy of the foregoing Answer to Plaintiff's Second Amended Complaint was electronically filed in this case and electronically served on all those entitled to electronic service.

        _____/s/_____
        Damon A. Pace
        Assistant Attorney General
        Ph: (410) 576-6587
        E-mail: dpace@oag.state.md.us