# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| AMBER MAREE CANTER, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 17-908-GJH |
| J. MICHAEL ZEIGLER, *et al.* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATEMENT IDENTIFYING WITNESSES

Plaintiff Amber Maree Canter, Defendants J. Michael Zeigler, et al.[1], and the Department of Public Safety and Correctional Services (collectively with Defendants, the "State Defendants"), by their respective counsel, jointly state:

1. By a Paperless Order dated August 13, 2021, the Court directed that the parties submit a joint statement identifying witnesses expected to be called on September 3, 2021, and the anticipated length of testimony.

2. In response to that Paperless Order, the parties state as follows:

**Plaintiff's Witnesses**

| Name | Anticipated Direct Examination |
|---|---|
| Rana Malek | 45 minutes |
| Amber Maree Canter | 2 hours |
| Sharon Baucom, M.D. | 90 minutes |

---

[1] The Defendants in this action are Sharon Baucom, M.D., J. Michael Zeigler, Bruce Miller, Harry Murphy, M.D., Lauren Beitzel, M.D., Assistant Warden Jeff Nines, Randall S. Nero, Richard J. Graham, Jr., Ronald Weber, Case Manager Bittinger, Correctional Officer Faust, and Correctional Officer Thompson.

**State Defendants' Witnesses**

| Name | Anticipated Direct Examination |
|---|---|
| Maksed Choudry, M.D. | 45 minutes |
| Sharon Baucom, M.D. | 45 minutes |

                                              Respectfully submitted,

Dated: August 31, 2021                /s/ Timothy F. McCormack
                                              Timothy F. McCormack
                                              Fed. Bar No.: 03565
                                              Michelle M. McGeogh
                                              Fed. Bar No.: 28778

                                              BALLARD SPAHR LLP
                                              300 E. Lombard Street, 18th Floor
                                              Baltimore, Maryland 21202
                                              Telephone: (410) 528-5600
                                              Email: mccormackt@ballardspahr.com
                                                             mcgeoghm@ballardspahr.com

*Attorneys for Plaintiff Amber Maree Canter*

                                              /s/ Damon A. Pace, Esquire
                                              Damon A. Pace, Esquire
                                              Assistant Attorney General
                                              Federal Bar No. 29939
                                              St. Paul Plaza – 19th Floor
                                              200 St. Paul Place
                                              Baltimore, Maryland 21202
                                              Telephone: (410) 576-6587
                                              Email: dpace@oag.state.md.us

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby declares that on the 31st day of August, 2021, a true and accurate copy of the foregoing was served via the court's Electronic Case Filing system on all counsel of record.

/s/ Timothy F. McCormack
Timothy F. McCormack