IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMBER MAREE CANTER, | * |
| Plaintiff, | * |
| v. | * |
| J. MICHAEL ZEIGLER, *et al.*, | *  Case No. 17-cv-0908 (GJH) |
| Defendants. | * |

## JOINT STATUS REPORT

Plaintiff Amber Maree Canter and Defendants J. Michael Zeigler, et al., (collectively, the "parties"), by their respective counsel submit this joint status report in response to the Court's Paperless Order dated February 27, 2023. (ECF No. 232).

The parties report that they have entered into a written Settlement Agreement and Release (the "Settlement Agreement"), which Settlement Agreement was approved by the Maryland Board of Public Works on February 15, 2023. Pursuant to the Settlement Agreement, the State of Maryland is obligated to pay to the Plaintiff the sum of $92,000 on or before April 16, 2023. Upon payment of the settlement amount the parties will promptly file a Stipulation of Dismissal.

[ *Party signature blocks appear on next page.* ]

Respectfully submitted,

Dated: March 3, 2023

*/s/ Timothy F. McCormack*
Timothy F. McCormack
Fed. Bar No.: 03565
Michelle M. McGeogh
Fed. Bar No.: 28778
BALLARD SPAHR LLP
111 S. Calvert Street, 27th Floor
Baltimore, Maryland  21202
(410) 528-5600
mccormackt@ballardspahr.com
mcgeoghm@ballardspahr.com

*Attorneys for Plaintiff Amber Maree Canter*


ANTHONY G. BROWN
Attorney General of Maryland


*/s/ Sandra Lee*
Sandra Lee
Assistant Attorney General
St. Paul Plaza - 19th Floor
200 St. Paul Place
Baltimore, Maryland  21202
 (410) 576-6300
(410) 576-6880 (Telefax)

 *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd day of March, 2023, a true and accurate copy of the foregoing was served via the court's Electronic Case Filing system on:

>Sandra Lee, Esquire
>Assistant Attorney General
>St. Paul Plaza – 19th Floor
>200 St. Paul Place
>Baltimore, Maryland 21202
>
>*Attorneys for Defendants*

>>*/s/ Timothy F. McCormack*
>>Timothy F. McCormack